UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

## CIVIL MINUTES – GENERAL

Case No.   2:23-cv-02109-MEMF-PD                                                    Date: October 2, 2024

Title   *Shuxia Liu v. Dir LA Asylum Ofc et al*

Present: The Honorable:   Maame Ewusi-Mensah Frimpong

| Damon Berry | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:              Attorneys Present for Defendants:

**Proceedings: Order re Voluntary Dismissal [ECF No. 17]**

On December 11, 2023, Plaintiff Shuxia Liu ("Liu") filed a Notice of Dismissal dismissing the action in its entirety. ECF No. 17. The Court hereby ORDERS that the action is dismissed in its entirety WITHOUT PREJUDICE.

:
**Initials of Preparer**      DBE